```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36439
   ROGELIO C BAUTISTA
   BELLA V BAUTISTA                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9680     SSN XXX-XX-1259

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/01/2004 and was confirmed 12/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  98.94% from remaining funds.

     The case was dismissed after confirmation 04/16/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            4850.00         389.83       1717.82
DRIVE FINANCIAL SERVICES  UNSECURED          1734.02            .00        996.25
WASHINGTON MUTUAL         MORTGAGE ARRE      4669.27            .00       4669.27
WASHINGTON MUTUAL         CURRENT MORTG          .00            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED           .00            .00
BERWYN DENTAL CENTER      UNSECURED           675.00            .00        416.53
ARIZONA MILA ORDER CO     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED           865.67            .00        534.19
CCA                       UNSECURED         NOT FILED           .00            .00
COMPUTER CREDIT           UNSECURED         NOT FILED           .00            .00
DEPENDON COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
DEPENDON COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
DEPENDON COLLECTION SERV  UNSECURED          1053.81            .00        650.28
DEPENDON COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
DEPENDON COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
F & W LIC                 UNSECURED         NOT FILED           .00            .00
GENESIS FINANCIAL SOLUTI  UNSECURED         NOT FILED           .00            .00
GLOBAL PAYMENTS           UNSECURED         NOT FILED           .00            .00
JEWEL FOOD                UNSECURED           135.00            .00         83.31
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00            .00
OSI PORTFOLIO SERVICES    UNSECURED           265.09            .00        163.58
KCA FINANCIAL SERVICES    UNSECURED         NOT FILED           .00            .00
MEDICAL FINANCIAL MGMT    UNSECURED         NOT FILED           .00            .00
MEDICAL FINANCIAL MGMT    UNSECURED         NOT FILED           .00            .00
MEDICAL FINANCIAL MGMT    UNSECURED         NOT FILED           .00            .00
MEDICAL FINANCIAL MGMT    UNSECURED         NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36439 ROGELIO C BAUTISTA & BELLA V BAUTISTA
```

```
MIDLAND CREDIT MANAGEMEN UNSECURED        NOT FILED          .00          .00
NATIONWIDE CREDIT & COLL UNSECURED        NOT FILED          .00          .00
NATIONWIDE CREDIT & COLL UNSECURED        NOT FILED          .00          .00
NATIONWIDE CREDIT & COLL UNSECURED        NOT FILED          .00          .00
SEARS NATIONAL BANK      UNSECURED           916.12          .00       565.32
PREMIUM ASSET RECOVERY C UNSECURED           762.74          .00       470.67
PREMIUM ASSET RECOVERY C UNSECURED        NOT FILED          .00          .00
RX ACQUISITIONS LLC      UNSECURED           623.00          .00       384.44
RX ACQUISITIONS LLC      UNSECURED            63.20          .00        39.00
RX ACQUISITIONS LLC      UNSECURED            39.05          .00        24.10
RX ACQUISITIONS LLC      UNSECURED            36.00          .00        22.21
RX ACQUISITIONS LLC      UNSECURED             6.57          .00          .66
RX ACQUISITIONS LLC      UNSECURED             5.00          .00          .50
RX ACQUISITIONS LLC      UNSECURED             1.08          .00          .11
RX ACQUISITIONS LLC      UNSECURED             1.21          .00          .12
NCM TRUST                UNSECURED          7643.73          .00      4716.76
NCM TRUST                UNSECURED           692.89          .00       427.57
UNITED COLLECTIONS       UNSECURED           474.10          .00       292.56
UNITED COLLECTIONS       UNSECURED        NOT FILED          .00          .00
B-LINE LLC               UNSECURED          1498.23          .00       924.52
WASHINGTON MUTUAL        NOTICE ONLY      NOT FILED          .00          .00
ATTORNEYS SERVING YOU LL DEBTOR ATTY        1,424.00                 1,424.00
TOM VAUGHN               TRUSTEE                                      1,048.85
DEBTOR REFUND            REFUND                                           7.55


        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 19,970.00

PRIORITY                                              .00
SECURED                                          6,387.09
    INTEREST                                       389.83
UNSECURED                                       10,712.68
ADMINISTRATIVE                                   1,424.00
TRUSTEE COMPENSATION                             1,048.85
DEBTOR REFUND                                        7.55
                        ---------------       ---------------
TOTALS                  19,970.00              19,970.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 07/24/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

PAGE   3
CASE NO. 04 B 36439 ROGELIO C BAUTISTA & BELLA V BAUTISTA